UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

STEVEN ARNOLD BOZEMAN,

    Plaintiff,

    v.

CALIFORNIA HEALTH FACILITY,

    Defendant.

No. C 15-2193 NJV (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. Plaintiff raises claims regarding his medical treatment while he was incarcerated at California Medical Facility in Vacaville. He is currently incarcerated at California Health Care Facility in Stockton. Both of these facilities lie within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: July 1, 2015.

NANDOR J. VADAS
United States Magistrate Jud