1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    STEVE BOZEMAN,                              No.  2:15-cv-1408 DAD P

11                 Plaintiff,

12          v.                                    ORDER

13    CALIFORNIA HEALTH CARE
      FACILITY,
14
                 Defendant.
15

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

17    U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 plus the $50.00

18    administrative fee nor has he filed a properly-completed application to proceed in forma pauperis.

19    See 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be granted thirty days to pay the filing fee in

20    full or submit a properly completed application to proceed in forma pauperis.

21          The court notes that plaintiff has filed a certified copy of his prison trust account statement

22    for the six-month period immediately preceding the filing of this action (ECF No. 1-2 at 1) and a

23    certificate regarding funds in his trust account that has been signed by a prison official (id. at 2).

24    Accordingly, plaintiff need not re-submit these portions of his application to proceed in forma

25    pauperis.

26          In accordance with the above, IT IS HEREBY ORDERED that:

27          1.  Plaintiff shall submit, within thirty days from the date of this order, either the $350.00

28    filing fee plus the $50.00 administrative fee or a properly completed application to proceed in

                                                  1

1   forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply

2   with this order or seek an extension of time to do so will result in dismissal of this action without

3   prejudice; and

4         2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma

5   Pauperis By a Prisoner for use in a civil rights action.

6   Dated:  July 17, 2015

7

8   _____
    DALE A. DROZD
9   UNITED STATES MAGISTRATE JUDGE

10

11  DAD:10/kly
    boze1408.3a

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28