UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BOZEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA HEALTH CARE FACILITY,<br><br>  Defendant. | No. 2:15-cv-1408 JAM DAD P<br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed July 20, 2015, plaintiff was ordered to either file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired. Plaintiff has neither filed an in forma pauperis affidavit, nor paid the appropriate filing fees, nor otherwise responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the

1

1  objections shall be filed and served within fourteen days after service of the objections. The
2  parties are advised that failure to file objections within the specified time may waive the right to
3  appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  Dated: September 8, 2015

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
boze1408.fifp

2